**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br> Plaintiff, <br> v. <br> Alec Andrew Garcia, <br> Defendant. | No. CR-18-08371-001-PCT-ESW <br><br> **ORDER** |

On April 12, 2019, the Court entered an Order (Doc. 30) which granted Defendant's Sealed *Ex Parte* Application for Subpoena *Duces Tecum*. The Order also stated, "After judgment is entered in this case, this Order and Garcia's *Ex Parte* Application shall be unsealed." Judgment having been issued on June 11, 2019 (Doc. 42),

IT IS ORDERED unsealing Defendant's Sealed *Ex Parte* Application for Subpoena *Duces Tecum* Pursuant to Fed. R. Crim. P.17 (Doc. 29) and this Court's Order (Doc. 30).

Dated this 12th day of June, 2019.

Dominic W. Lanza
United States District Judge